Robert W. Cohen (State Bar No. 150310)
Law Offices of Robert W. Cohen
A Professional Corporation
1875 Century Park East, Suite 1770
Los Angeles, CA 90067,
Tel. (310) 282-7586

Attorney for Plaintiff
NAOKO OHNO

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAOKO OHNO, an individual, | Case No. CV-10-6400 ODW (PJWx) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| YUKO YASUMA, an individual, and SAINTS OF GLORY CHURCH, a California corporation, | |
| Defendants. | |

An order of summary judgment pursuant to Fed. R. Civ. P. 56 having been issued by the Court December 8, 2010 in favor of Plaintiff Naoko Ohno and against Defendants Yuko Yasuma and Saints of Glory Church, and a decision having been duly rendered,

IT IS ORDERED, ADJUDGED AND DECREED that Judgment now be entered in favor of Plaintiff Naoko Ohno jointly and severally against Defendants Yuko Yasuma and Saints of Glory Church in the amount of $1,210,879.90 plus costs of suit.

DATED: December 15, 2010

_____
Hon. Otis D. Wright II
U.S. District Court Judge